82,685-01

Mr.Abel Acosta, Clerk
Texas Court of Criminal Appeals
P.O.Box 12308  Capital Station
Austin, Texas    78711

May 5,2015

Dear Clerk,

I would like to enquire if there has been anything filed by
the State in response to the Court's Order dated Febuary 24,2015
in regards to my writ of Habeas Corpus 11.07, as I have not heard
anything, and have requested the clerk of the Trial Court  to
forward any and all copies of any and all documentation, records,
responses, filed in response to the Courts Order, so that I may
file a response to the States reply if necessary.

The Order was dated 2/24/2015.

Thank you for your time and consideration in this matter.

Sincerely,

Mr.Billy Haynes #1723231
Clements H/S
9601 Spur 591
Amarillo, Texas    79107

I am proceeding in pro se fashion on my 11.07, so I don't have
the assistance of counsel in obtaining any of the following
requested.



RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 1 1 2015
Abel Acosta, Clerk